IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16CR33 |
| vs. | |
| DELENEY R. CARAVANTES-SANTOS, | ORDER |
| Defendant. | |

This matter is before the court on the defendant's motion for copies of his sentencing transcript and docket sheet. Filing No. 46. Defendant requests a waiver of fees associated with the costs of the copies. The defendant pled guilty to a one count indictment and the court sentenced defendant on November 22, 2016. Filing No. 42. At this time, the defendant has no motions or cases pending before this court, and defendant makes no showing as to why he needs these copies. Accordingly, the court will deny the motion. Defendant is, of course, free to request copies of these filings from the office of the clerk of the United States District Court and to pay the costs of the same. The court further notes that a sentencing transcript has not been prepared.

THEREFORE, IT IS ORDERED that:

1. The defendant's motion for copies and to waive such costs, Filing No. 46, is denied; and

2. The clerk of court shall mail a Request for Transcript form to the defendant.

Dated this 2nd day of July, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge